JOSEPH PINTAVILLE, Respondent, v. PETER RALLIS, Appellant, et al., Defendant.—

Judgment affirmed, with costs. Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.